**DISMISS and Opinion Filed June 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00438-CV

### MASSIMO MOTOR SPORTS, LLC A/K/A MASSIMO MOTORS, LLC, A/K/A MASSIMO MOTORS, Appellant
### V.
### JF HILLEBRAND AUSTRALIA PTY, LTD, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01715**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

Before the Court is appellant's motion to dismiss the appeal with prejudice. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

150438F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MASSIMO MOTOR SPORTS, LLC,
A/K/A MASSIMO MOTORS, LLC,
A/K/A MASSIMO MOTORS, Appellant

No. 05-15-00438-CV        V.

JF HILLEBRAND AUSTRALIA
PTY, LTD, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-14-01715.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered June 10, 2015.